**Dismiss and Opinion Filed November 13, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00829-CR**

**ARTIS RAY MARTIN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82238-2021**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

Artis Ray Martin appeals his conviction for manslaughter. The appellate record demonstrates we lack jurisdiction over this appeal because the notice of appeal was not timely filed. Accordingly, we dismiss the appeal for want of jurisdiction.

A defendant perfects his appeal by timely filing a written notice of appeal with the trial court clerk. *See* Tex. R. App. P. 25.2(c). To be timely, the notice of appeal must be filed within thirty days after the date sentence was imposed or within ninety days after sentencing if the defendant timely filed a motion for new trial. *See* Tex.

R. App. P. 26.2(a). The rules of appellate procedure allow the time to file a notice of appeal to be extended if the party files, within fifteen days of the filing deadline, the notice of appeal in the trial court and a motion to extend the time to file the notice of appeal in the court of appeals. *See* Tex. R. App. P. 10.5(b), 26.3. In the absence of a timely perfected notice of appeal, the Court must dismiss the appeal for want of jurisdiction. *Ex parte Castillo*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

Here, the judgment states the trial court imposed sentence on March 3, 2023. Appellant did not file a motion for new trial. Therefore, appellant's notice of appeal was due Monday, April 3, 2023. *See* TEX. R. APP. P. 4.1. Appellant filed the notice of appeal on August 22, 2023, which was 172 days after sentence was imposed. Appellant's notice of appeal was untimely, and we lack jurisdiction over this appeal.

On September 27, 2023, we sent appellant's counsel a letter requesting her to file by October 9, 2023, a letter brief discussing whether this Court has jurisdiction over appellant's appeal. However, no jurisdictional letter brief has been filed.

We **DISMISS** this appeal for want of jurisdiction.

/Bill Pedersen, III//
230829f.u05     BILL PEDERSEN, III
Do Not Publish     JUSTICE
TEX. R. APP. P. 47.2(b)



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

ARTIS RAY MARTIN, Appellant

No. 05-23-00829-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas Trial Court Cause No. 296-82238-2021.
Opinion delivered by Justice Pedersen, III. Justices Molberg and Nowell participating.

Based on the Court's opinion of this date, this appeal is dismissed for want of jurisdiction.

Judgment entered this 13th day of November, 2023.